UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   23-61472-CV

BRIA BAILEY,

        Plaintiff,

vs.

ALEJANDRO N. MAYORKAS,

        Defendant.

_____/

## NOTICE OF REMOVAL

Defendant, Alejandro N. Mayorkas, appearing in his official capacity as the Secretary of the United States Department of Homeland Security, by and through the undersigned Assistant United States Attorney for the Southern District of Florida, hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1442(a)(1), 1446(a) & 2679(d), and states the following:

1. On or about April 3, 2023, Plaintiff Bria Bailey filed a Complaint in the Circuit Court of the Seventeenth Judicial Circuit, in and for Broward County, Florida, entitled: Bria Bailey v. Alejandro N. Mayorkas, Case No. 23-012163 04  (Broward County, Fla.).  A copy of the Summons and Complaint filed against the federal agency is attached as Exhibit A and made a part of this Notice.

2. Defendant Department of Homeland Security through its component agency the Transportation Security Administration (TSA) was served thereafter in April 2023.  However, to the best of the undersigned's knowledge and belief, the U.S. Attorney's Office and the U.S. Attorney General have never been served pursuant to Rule 4, Fed.R.Civ.P.  As a result of the

failure to complete service under Rule 4 upon the United States, the Defendant is not subject to the time constraints for removal under 28 U.S.C. § 1446(a).

3. Defendant Alejandro N. Mayorkas, is being sued in his official capacity as the Secretary of the United States Department of Homeland Security, an agency of the United States Government.

4. Broward County, Florida, is within the Southern District of Florida.

5. The Complaint alleges that beginning on March 17, 2021, the Plaintiff was subjected to employment discrimination while breast feeding during her employment at the Department of Homeland Security.  Ex. A, Par. 4, and unnumbered page beginning with "To Whom It May Concern."

6. This Court has removal jurisdiction pursuant to 28 U.S.C. § 1442(a)(1) as the civil action commenced in the Circuit Court in and for Broward County, Florida, is based upon alleged employment discrimination which occurred at TSA, part of the Department of Homeland Security, an agency of the United States Government, and is brought against the Secretary in his official capacity.

7. Upon removal of this action to the U.S. District Court for the Southern District of Florida, notice shall be filed by the Defendant with the Circuit Court, in and for Broward County, Florida, notifying the County Court of the removal and that their case should be administratively closed in favor of the federal court case.

8. This Notice is electronically signed pursuant to Rule 11, Federal Rules of Civil Procedure.

WHEREFORE, Defendant Alejandro N. Mayorkas, in his official capacity as the Secretary of the U.S. Department of Homeland Security, respectfully removes this action from

the Circuit Court in and for Broward County, Florida, to the United States District Court for the Southern District of Florida.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

Defendant's Counsel:

By:     /s/ Steven R. Petri
Steven R. Petri
Assistant United States Attorney
Federal Bar No. A5500048
500 E. Broward Blvd., Suite 700
Ft. Lauderdale, FL 33394
954-660-5799 Fax no. 954-356-7180
Email: Steve.Petri@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 1, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I further certify that a copy of the foregoing document has been sent via prepaid United States Mail to the pro se Plaintiff, Bria Bailey, 5340 SW 130th Avenue, Miramar Florida 33027.

  s/ Steven R. Petri
STEVEN R. PETRI
Assistant U.S. Attorney

3